## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

        Plaintiff,                    No. CIV S-02-1518 FCD JFM P

  vs.

T. L. ROSARIO, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
_____/      **AD TESTIFICANDUM**

       John Hardney, inmate # D-00599, a necessary and material witness in proceedings in this case on March 2, 2007, is confined in California State Prison - Lancaster, P.O. Box 8457, Lancaster, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Frank C. Damrell, to appear by video-conferencing at Lancaster State Prison on March 2, 2007, at 2:30 p.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. . A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden/or Sheriff of name and address of institution:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  January 29, 2007.

                                           UNITED STATES MAGISTRATE JUDGE

/hard1518.841v