IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

        Plaintiff,                      No. CIV S-02-1518 FCD JFM P

    vs.

T.L. ROSARIO, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2007, plaintiff filed a request for status of the trial confirmation hearing previously set for March 2, 2007. Plaintiff's request, dated March 7, 2007, crossed in the mail with the district court's minute order, dated March 6, 2007, in which the trial confirmation hearing was reset to July 13, 2007 at 2:30 p.m. in courtroom 2. Plaintiff is advised that the court will issue a new writ of habeas corpus ad testificandum for his attendance, via videoconference, at an appropriate time prior to the July 13, 2007 date.

        Jury trial was continued to August 7, 2007 at 9:00 a.m.

        On March 12, 2007, plaintiff also filed a request for exhibits 19 through 24 to be permitted at trial. However, the August 22, 2006 pretrial order became final on September 5, 2006. (<u>Id.</u> at 15.) Accordingly, plaintiff's request will be denied as untimely.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 12, 2007 request to admit exhibits 19 through 25 is denied. (Docket Nos. 81, 82.)

DATED: March 15, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

001
hard1518.exh