UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

        Plaintiff,           No. CIV S-02-1518 FCD JFM P

vs.

T. L. ROSARIO, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        John Hardney, inmate # D-00599, a necessary and material witness in proceedings in this case on July 13, 2007, is confined in California State Prison - Lancaster, P.O. Box 8457, Lancaster, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Frank C. Damrell, to appear by video-conferencing at Lancaster State Prison on July 13, 2007, at 2:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden/or Sheriff of name and address of institution:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 12, 2007.

UNITED STATES MAGISTRATE JUDGE

/hard1518.841v2