IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Plaintiff,                    No. CIV S-02-1518 FCD JFM P

  vs.

T.L. ROSARIO, et al.,

    Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 19, 2007, plaintiff filed a request for appointment of mediator. It appears plaintiff is amenable to discussing settlement of the instant action. Good cause appearing, plaintiff's request will be partially granted. IT IS HEREBY ORDERED that this action is set for settlement conference on Wednesday, December 19, 2007, at 11:00 a.m. before the Honorable John F. Moulds, United States Magistrate Judge. Defendants' counsel shall be accompanied by a principal with authority to settle this action.

DATED: November 14, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1