UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

        Plaintiff,                  No. CIV S-02-1518 FCD JFM P

  vs.

T.L. ROSARIO, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

        John Hardney, inmate # D-00599, a necessary and material witness in proceedings in this case on December 19, 2007, is confined in California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, CA 93536-7620, in the custody of Warden William J. Sullivan; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 16th Floor, Suite 16-400, United States Courthouse, 501 I Street, Sacramento, California on December 19, 2007, at 11:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden William J. Sullivan, California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, CA 93536-7620:**

        **WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 14, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE