UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN HARDNEY, | No. 2:02-CV-1518 FCD JFM P |
|---|---|
| Plaintiff, | **ORDER RE: DEFENDANTS' REQUEST FOR A CONTINUANCE OF TRIAL CONFIRMATION HEARING** |
| v. | |
| T.L. ROSARIO, et al., | |
| Defendants. | |

**ORDER**

Good cause having been shown, Defendants' request for a continued trial confirmation hearing date due to the unavailability of counsel, is GRANTED. The Video Trial Confirmation Hearing is RESET for Friday, February 1, 2008 at 2:00 p.m. The jury trial date of February 26, 2008 shall remain as set.

IT IS SO ORDERED.

DATED: November 20, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1

Order RE: Defendants' Request for a Continuance of Trial Confirmation Hearing