UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN HARDNEY, | No. 2:02-CV-1518 FCD JFM P |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| T.L. ROSARIO, et al., | |
| Defendants. | |

The parties stipulated on the record on December 19, 2007, that this matter shall be dismissed with prejudice in exchange for the payment of five thousand dollars ($5,000.00) from Defendants to Plaintiff.

Accordingly, IT IS ORDERED that this action is dismissed with prejudice.

DATED:   December 20, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE